*Bullitt, Caldwell, for appellant.*

*Harlan, for appellee.*

---

## G. T. ISBELL ET AL. *v.* THE BANK OF LOUISVILLE.

**Bill of Exchange—Endorsers—Action on Without Proof of Dishonor.**
   In the absence of allegation in a petition on a bill of exchange, of notice of dishonor no action can be maintained against the endorsers, where no proof of notice of dishonor is shown.

APPEAL FROM RUSSELL CIRCUIT COURT.

June 12, 1868.

This is an action to recover on a bill of exchange drawn by Isbell in favor of J. S. Stockton to give credit to Leveridge who sold them to the bank for their full value and Leveridge made default and failed to take up the bill when due. The amount of the bill was $2,070.74 and on the back of the bill was several endorsers.

The Bank secured a default judgment against Isbell, &c., in the lower court and Isbell appealed.

OPINION OF THE COURT BY JUDGE ROBERTSON:

There being neither allegation nor proof of notice of dishonor, the judgment is erroneous as to all the defendants except Leveridge in his own right, who accepted for his own benefit. Wherefore the

judgment, except as to Sunny, is reversed and the cause remanded for further proceedings.

*Isbell, Buckner, for appellant.*

*James, for appellee.*